## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

JANE DOE 1,                          )
                                     )
JANE DOE 2,                          )          **Case No. 7:22-cv-00163**
                                     )
JANE DOE 3,                          )
                                     )
JANE DOE 4,                          )
                                     )
and                                  )
                                     )
JANE DOE 5,                          )
                                     )
     Plaintiffs,      )
                                     )
v.                                   )
                                     )
ROANOKE COUNTY SCHOOL                )
BOARD,                               )
                                     )
DR. DANIEL LYONS,                    )
                                     )
DOMINICK MCKEE,                      )
                                     )
JASON BREEDING,                      )
                                     )
JILL GREEN,                          )
                                     )
CHRISTOPHER MORRIS,                  )
                                     )
LAURIE MCCRACKEN,                    )
                                     )
and                                  )
                                     )
LORSTAN ALLEN                        )
                                     )
     Defendants.      )

## **<u>ORDER</u>**

This matter is before the Court on Plaintiffs Jane Does 3, 4, and 5's Motion for Leave to

Proceed Under a Pseudonym. For good cause shown, it is hereby

ORDERED

that the Motion for Leave to Proceed Under a Pseudonym by Jane Does 3, 4, and 5 shall be and

hereby is GRANTED.

The Clerk of Court is hereby directed to send certified copies of this Order to all counsel

of record.

ENTER:        This _____ day of _____, 2022.


_____
United States District Judge