AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Jane Doe 1, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:22cv00163 |
| Roanoke County School Board, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lorstan Allen

Date: 06/08/2022

/s/ Julian F. Harf
*Attorney's signature*

Julian F. Harf (#90775)
*Printed name and bar number*

Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, VA 24153

*Address*

julianh@guynnwaddell.com
*E-mail address*

(540) 387-2320
*Telephone number*

(540) 389-2350
*FAX number*