IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JANE DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 7:22-cv-00163 |
| ) | |
| ROANOKE COUNTY SCHOOL BOARD, ) | By: Elizabeth K. Dillon |
| et al., ) | United States District Judge |
| ) | |
| Defendants. ) | |

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS**

For the reasons stated in the accompanying memorandum opinion, it is HEREBY ORDERED as follows:

1. The motion to dismiss filed by defendants Roanoke County School Board, Daniel Lyons, Dominick McKee, Jason Breeding, Jill Green, Christopher Morris, and Laurie McCracken (Dkt. No. 42)[1] is GRANTED as to the 42 U.S.C. § 1983 claims of Jane Does 1, 3, and 4 (counts two, three, four, and five), which are DISMISSED WITH PREJUDICE; GRANTED as to the Title IX claims of Jane Does 1, 3, and 4 (count one), which are DISMISSED WITH PREJUDICE; GRANTED as to the state law claims of Jane Does 1, 3, and 4 against defendants Breeding and Green (counts six and eight), which are DISMISSED WITHOUT PREJUDICE; GRANTED as to the state law claims of Jane Doe 5 against defendant Green (counts six and eight), which are DISMISSED WITHOUT PREJUDICE; GRANTED as to the claim for supervisory liability against defendant Roanoke County School Board (count five), which is DISMISSED WITHOUT PREJUDICE; and DENIED in all other respects.

---

[1] The motion to dismiss was filed by all defendants except Lorsten Allen.

2. The claims that remain in this action are as follows:

    a. Jane Doe 2 and 5's Title IX claim against defendant Roanoke County School Board (count one);

    b. Jane Doe 2 and 5's equal protection claim against all defendants (count two);

    c. Jane Doe 2 and 5's substantive due process claim against all defendants (count three);

    d. Jane Doe 2 and 5's failure to train claim against defendants Roanoke County School Board, Lyons, McKee, Breeding, Green, Morris, and McCracken (count four);

    e. Jane Doe 1's gross negligence claim against Lyons, McKee, Morris, and McCracken (count six);

    f. Jane Doe 2's gross negligence claim against Lyons, McKee, Breeding, Green, Morris, and McCracken (count six);

    g. Jane Doe 3's gross negligence claim against Lyons, McKee, Morris, and McCracken (count six);

    h. Jane Doe 4's gross negligence claim against Lyons, McKee, Morris, and McCracken (count six);

    i. Jane Doe 5's gross negligence claim against Lyons, McKee, Breeding, Morris, and McCracken (count six);

    j. Jane Doe 1, 2, 3, 4, and 5's assault and battery claims against defendant Allen (count seven);

    k. Jane Doe 1's intentional infliction of emotional distress claim against Allen, Lyons, McKee, Morris, and McCracken (count eight);

    l. Jane Doe 2's intentional infliction of emotional distress claim against Allen, Lyons, McKee, Breeding, Green, Morris, and McCracken (count eight);

    m. Jane Doe 3's intentional infliction of emotional distress claim against Allen, Lyons, McKee, Morris, and McCracken (count eight);

    n. Jane Doe 4's intentional infliction of emotional distress claim against Allen, Lyons, McKee, Morris, and McCracken (count eight); and

    o. Jane Doe 5's intentional infliction of emotional distress claim against Allen, Lyons, McKee, Breeding, Morris, and McCracken (count eight).

 The clerk of court is directed transmit a copy of this order and the accompanying memorandum opinion to all counsel of record.

 Entered: March 29, 2023.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge