AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

Jane Doe 1, et al.
*Plaintiff*
v.                                      Case No. 7:22-cv-00163
Roanoke County School Board, et al.
*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lorstan Allen

Date: 06/27/2023

/s/ Julian F. Harf
*Attorney's signature*

Julian F. Harf - Bar Number: 90775
*Printed name and bar number*

Spilman Thomas & Battle, PLLC
310 First Street, SW, Suite 1100
Roanoke, Virginia 24011
*Address*

jharf@spilmanlaw.com
*E-mail address*

(540) 512-1829
*Telephone number*

(540) 342-4480
*FAX number*