AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| Jane Doe 1, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:22-cv-00163 |
| Roanoke County School Board, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lorstan Allen

Date: 06/27/2023

/s/ Jeremy E. Carroll
*Attorney's signature*

Jeremy E. Carroll - Bar Number: 41331
*Printed name and bar number*

Spilman Thomas & Battle, PLLC
310 First Street, SW, Suite 1100
Roanoke, Virginia 24011
*Address*

jcarroll@spilmanlaw.com
*E-mail address*

(540) 512-1821
*Telephone number*

(540) 342-4480
*FAX number*